UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>             Plaintiff,<br><br>        v.<br><br>THE HAUGE, *et al.*,<br><br>             Defendants. | Case No.  2:23-cv-00531-KJM-JDP (PS)<br><br>**FINDINGS AND RECOMMENDATIONS**<br><br>THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On November 8, 2023, I screened plaintiff's complaint and notified him that it failed state a claim. ECF No. 5. Plaintiff was granted thirty days to file an amended complaint or a notice of voluntary dismissal. Plaintiff failed to do so. Accordingly, on January 12, 2024, I ordered him to show cause within fourteen days for why this action should not be dismissed for failure to prosecute and failure to comply with a court order. ECF No. 7. Plaintiff was notified that if he wished to continue with this lawsuit, he must file an amended complaint. Plaintiff was also warned that failure to comply with the that order would result in a recommendation that this action be dismissed. *Id*.

1

The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the January 12, 2024 order.

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the January 12, 2024 order.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    February 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2